NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**KEITH MANUFACTURING CO.,**
*Plaintiff-Appellee*

**v.**

**LARRY D. BUTTERFIELD,**
*Defendant-Appellant*

———————————

2020-2223

———————————

Appeal from the United States District Court for the District of Oregon in No. 3:15-cv-02008-SI, Judge Michael H. Simon.

———————————

## JUDGMENT

———————————

BRUCE KASER, Vantage Law PLLC, Seattle, WA, argued for plaintiff-appellee.

SHAWN KOLITCH, Kolitch Romano LLP, Portland, OR, argued for defendant-appellant.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, CLEVENGER, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 16, 2021            /s/ Peter R. Marksteiner
   Date                   Peter R. Marksteiner
                          Clerk of Court